UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JAN 1 4 2015
PER _____
DEPUTY CLERK

LARRY LUCAS, :
:
    Plaintiff :
:
v. : CIVIL NO. 3:CV-14-266
:
DR. MEDICAL DIRECTOR TOMASIC, : (Judge Kosik)
et al., :
    Defendants :

## ORDER

**AND NOW, THIS 14th DAY OF JANUARY, 2015,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Defendant Miller's motion to dismiss the complaint (Doc. 14) is **deemed unopposed and is granted**. All claims set forth against Miller are dismissed in their entirety.

2. The only remaining defendant in this action is Dr. Tomasic. All discovery in this case shall be completed within sixty (60) days from the date of this order. Any dispositive motions may be filed within thirty (30) days from the close of discovery.

EDWIN M. KOSIK
United States District Judge